**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-7348**

———————

MICHAEL NEWBORN,

                    Petitioner - Appellant,

       v.

STEPHANIE HOLLEMBEAK, Warden,

                  Defendant - Appellee

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever, III, Chief District Judge.  (5:16-hc-02040-D)

———————

Submitted:  December 20, 2016     Decided:  December 22, 2016

———————

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael Newborn, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Newborn, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition.  We have reviewed the record and find no reversible error.  Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court.  Newborn v. Hollembeak, No. 5:16-hc-02040-D (E.D.N.C. Sept. 22, 2016).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED